**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-40735
_____


STEPHEN A. HODGSON,

                                            Plaintiff-Appellee,

                        VERSUS

UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, ET AL.,

                                            Defendants,

        UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON,

                                            Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(G-95-CV-612)

_____

September 8, 1998
Before REAVLEY, DAVIS and DUHÉ, Circuit Judges.

PER CURIAM:[*]

        AFFIRMED.  See 5th Cir. R. 47.6.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.